In the Matter of the Estate of WILLIAM D. PACKARD, Deceased.

STATE TAX COMMISSION et al., Appellants; UNION TRUST COMPANY et al., Respondents.

(Argued May 27, 1929; decided June 11, 1929.)

*Seth T. Cole* for appellants.

*Marion H. Fisher, Benjamin S. Dean* and *Rollin A. Fancher* for respondents.

Appeal from order of Appellate Division in so far as it reverses the order of the Surrogate's Court fixing the amount of the New York transfer tax dismissed.

Order of the Appellate Division in so far as it reverses order of the Surrogate's Court revoking ancillary letters testamentary affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG and O'BRIEN, JJ. Not sitting: HUBBS, J.